UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CLEMONS,<br><br>Plaintiff,<br>v.<br><br>CREDITOR'S SPECIALTY SERVICES; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.: 5:14-cv-00047-VAP-SP<br><br>NOTICE OF SETTLEMENT |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days. The Plaintiff requests that the Court clear the calendar in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Date: October 13, 2014

By: _____
Attorney for Plaintiff
G. Thomas Martin, III— Stuart Price
SBN: 218456   SBN: 150439
15760 Ventura Blvd. Suite 1100
Encino, CA 91436
(T) (818) 907-2030
tom@plglawfirm.com — stuart@pricelawgroup.com

By: _____
Attorney for Defendant
Neil C. Evans (SBN: 105669)
Law Offices of Neil C. Evans
1331 D Riverside Drive, Suite 612
Sherman Oaks, CA 91423
(T) (818) 802-8333
evanstot@aol.com