# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - REOPENING/CLOSING

Case No. __EDCV 14-00047-VAP(SPx)__                Date __October 15, 2014__

Title: __Patrick Clemons -v- Creditor's Specialty Services, et al.__

Present: The Honorable __Virginia A. Phillips, United States District Judge__

|  Wendy Rogers  |  None Present  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

   None                                                  None

---

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☒ Case settled but may be reopened if settlement is not consummated within __60__ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer __wr__